FILED
CLERK, U.S. DISTRICT COURT

Dec 13, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: PMC  DEPUTY

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE GONZALEZ, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ACE CASH EXPRESS, INC. and DOES 1-10,<br><br>　　　　Defendant. | Case No. 2:18-CV-08276-SVW-RAO<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Assigned for all purposes to: the Honorable Stephen V. Wilson<br>Department: 10A<br><br>Action Filed: September 25, 2018 |

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

DMWEST #18250710 v2

[PROPOSED] ORDER DISMISSING ACTION

**IT IS HEREBY ORDERED** that pursuant to the parties' Stipulation, this action is dismissed with prejudice as to the named plaintiff Melanie Gonzalez and without prejudice as to the putative class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: 12/13/18

HONORABLE STEPHEN V. WILSON
United States District Court Judge